IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| AARON MARTINEZ | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-087 |
| | ) | |
| T. WHEATON, Unit Manager; | ) | |
| K. SPIRES, Marshall Unit Manager; | ) | |
| J. ECKLES, Marshall Unit Manager; | ) | |
| YODY JANCEY; Chief of Unit | ) | |
| Management; and STACEY N. STONE, | ) | |
| Warden, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice under Loc. R. 41.1 for want of prosecution, and **CLOSES** this civil action.

SO ORDERED this 28th day of Dec., 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE